UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL IZZO, <br>     Plaintiff, | : CIVIL ACTION NO. <br> : 3:08-CV-00163 (JCH) |
| vs. | : |
| MOORE WALLACE NORTH INC. <br> A SUBSIDIARY OF R.R. DONNELLEY <br> & SONS, COMPANY, OPERATING AS <br> ANDREWS – CONNECTICUT, AND <br> DAVID LABROAD, INDIVIDUALLY <br>     Defendants | : AMENDED COMPLAINT WITH <br> : DEMAND FOR JURY TRIAL <br> : <br> : <br> : <br> : FEBRUARY 5, 2009 |

### PLAINTIFF'S ANSWER TO DEFENDANT, MOORE WALLACE NORTH AMERICA, INC AND DAVID LABROAD'S COUNTER-CLAIMS

The Plaintiff, Paul Izzo, by and through his attorney, Stephen P. Horner, responds to the Counter-Claims of Moore Wallace North America, Inc. ("Moore") and David LaBroad's ("LaBroad") as follows:

1. The Plaintiff admits to the Counter-claim contained in Paragraph 1 of Defendant, Moore and LaBroad's filed on January 8, 2009.

2. The Plaintiff admits to the Counter-claim contained in Paragraph 2 of Defendant, Moore and LaBroad's filed on January 8, 2009.

3. The Plaintiff admits to the Counter-claim contained in Paragraph 3 of Defendant, Moore and LaBroad's filed on January 8, 2009.

4. The Plaintiff admits to the Counter-claim contained in Paragraph 4 of Defendant, Moore and LaBroad's filed on January 8, 2009.

5. The Plaintiff admits to the Counter-claim contained in Paragraph 5 of Defendant, Moore and LaBroad's filed on January 8, 2009.

Dated at Darien, Connecticut this 19th of December, 2008.

        THE PLAINTIFF
        PAUL IZZO

BY:         /S/
        STEPHEN P. HORNER (ct02460)
        Rucci, Burnham, Carta & Carello LLP
        30 Old Kings Highway South, Post Office Box 1107
        Darien, Connecticut 06820
        (203) 899-3330 (Phone) – (203) 655-3202 (Facsimile)
        shorner@rucciburnham.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 5th of February, 2009, a copy of the foregoing Plaintiff's Response to Moore and LaBroad's Counter-Claims was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                THE PLAINTIFF
                PAUL IZZO

BY:         /S/
       STEPHEN P. HORNER (ct02460)
       Rucci, Burnham, Carta, & Carello LLP
       30 Old Kings Highway South, Post Office Box 1107
       Darien, Connecticut 06820
       (203) 899-3330 (Phone) – (203) 655-3202 (Facsimile)
       shorner@rucciburnham.com